IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02655-CMA-KLM

MICHAEL GERARD KOPEC,

    Plaintiff,

v.

RON LEYBA, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Defendants.

## ORDER ADOPTING AND AFFIRMING OCTOBER 30, 2009 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the October 30, 2009 Recommendation by the Magistrate Judge that Applicant's Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be denied (Doc. # 30).  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

    The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 1.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, the Court is satisfied that the Recommendation of the Magistrate Judge is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a).  The Court agrees that this case should be dismissed. Accordingly, it is hereby

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 30), filed October 30, 2009, is ACCEPTED, and, for the reasons cited therein, Applicant's Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed January 9, 2009 (Doc. # 10), is DENIED and this civil action is hereby DISMISSED WITH PREJUDICE.

DATED:  December   9   , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge