FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 08-cv-02655 CMA-KLM

MICHAEL GERARD KOPEC,

  Petitioner,

v.

RON LEYBA, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

  Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __5th__ day of May, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02655 CMA-KLM

Jefferson County Court
Jefferson County Court & Administration Facility
100 Jefferson County Pkwy
Golden, CO 80401

Micheal Gerard Kopec
# 58335
CMC - ACC Unit C
P.O. Box 300
Canon City, CO 81215-0300

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 5/7/10.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk